[No. 3008–3.   Division Three.   December 27, 1979.]

WANDA MILLER, *Respondent,* v. DANIEL A. TRAVIS,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Chelan County, No. 30475, Lawrence Leahy, J., entered
June 30, 1978. *Reversed* by unpublished opinion per
McInturff, J., concurred in by Munson and Roe, JJ.

[No. 3072–3.   Division Three.   December 27, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT
CHILCUTT, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 78–1–00259–1, Lloyd L. Wiehl, J. Pro
Tem., entered July 21, 1978. *Affirmed* by unpublished
opinion per McInturff, J., concurred in by Munson and
Roe, JJ.

[No. 2998–3.   Division Three.   December 27, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANK
JAMES, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 78–1–00259–1, Lloyd L. Wiehl, J. Pro
Tem., entered July 21, 1978. *Affirmed* by unpublished
opinion per McInturff, J., concurred in by Munson and
Roe, JJ.